IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-00126-WYD-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$51,070.12 SEIZED FROM WELLS FARGO BANK ACCOUNT # 8609668945;
$1,121.03 SEIZED FROM WELLS FARGO BANK ACCOUNT# 6375873285;
$1,447.38 SEIZED FROM WELLS FARGO BANK ACCOUNT # 6196441650;
$17,580.00 IN UNITED STATES CURRENCY; and,
$1,254.00 IN UNITED STATES CURRENCY,

    Defendants.

---

## FINAL ORDER OF FORFEITURE

---

THIS MATTER is before the Court on the United States' Motion For Final Order of Forfeiture [ECF No. 12].   Upon careful review of the motion and the case file, I find that:

(1) the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

(2) all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

(3) the United States and claimant, Ricardo Leon-Sanchez, through counsel, Joseph Saint-Veltri, Esq., have reached a settlement in this case and have filed a Settlement Agreement [ECF No. 12-1] with the Court resolving all issues in dispute;

(4) no other claims to defendant property have been filed;

(5) forfeiture of

    (a) $18,570.12 of defendant, $51,070.12 seized from Wells Fargo Bank Account # 8609668945;

    (b) defendant, $1,121.03 seized from Wells Fargo Bank Account # 6375873285;

    (c) defendant, $1,447.38 seized from Wells Fargo Bank Account # 6196441650;

    (d) defendant, $17,580.00 in United States Currency; and,

    (e) defendant, $1,254.00 in United States Currency,

shall enter in favor of the United States; and,

(6) there is cause to issue a forfeiture order under 21 U.S.C. § 881.

Accordingly, it is

ORDERED that forfeiture of

    (1) $18,570.12 of defendant, $51,070.12 seized from Wells Fargo Bank Account # 8609668945;

    (2) defendant, $1,121.03 seized from Wells Fargo Bank Account # 6375873285;

    (3) defendant, $1,447.38 seized from Wells Fargo Bank Account # 6196441650;

    (4) defendant, $17,580.00 in United States Currency; and,

    (5) defendant, $1,254.00 in United States Currency,

**SHALL ENTER IN FAVOR** of the United States and the United States **SHALL HAVE FULL AND LEGAL TITLE** to the defendant property and may dispose of it in accordance with law and in accordance with the terms and provisions of the Settlement Agreement [ECF No. 12-1].   It is

FURTHER ORDERED that claimant, Ricardo Leon-Sanchez's, Motion To Dismiss [ECF No. 9] is **DENIED AS MOOT**.   It is

FURTHER ORDERED that the Clerk of Court **SHALL ENTER** Judgment in this action.   It is

FURTHER ORDERED that a Certificate of Reasonable Cause, which this Order constitutes, is **GRANTED** as to all defendant property pursuant to 28 U.S.C. § 2465.

Dated:   May 15, 2014.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U.S. District Judge